IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ESTER BRASWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) |
| AMERICAN GENERAL LIFE AND | ) 2:06CV869-MHT |
| ACCIDENT INSURANCE COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

In order to enable the Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant American General Life and Accident Insurance Company states that American General Life and Accident Insurance Company is a wholly-owned subsidiary of AGC Life Insurance Company which, in turn, is a wholly-owned subsidiary of American General Corporation. American General Corporation is a wholly owned subsidiary of American International Group, Inc. American General Life and Accident Insurance Company is not the parent of any publicly owned companies.

Respectfully Submitted,

_____
Michael D. Mulvaney
David P. Donahue
Attorneys for American General Life and Accident
Insurance Company

01394234.1

**OF COUNSEL:**

Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
Phone:	(205) 254-1000
Facsimile:	(205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Jere L. Beasley
Dee Miles, III
Clinton C. Carter
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

on this the 27th day of September, 2006.

_____
OF COUNSEL

01394234.1