IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ESTER BRASWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv869-MHT |
| | ) | |
| AMERICAN GENERAL LIFE AND | ) | |
| ACCIDENT INSURANCE COMPANY | ) | |
| and THOMAS PIERCE, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It having alleged in the notice of removal (doc. no. 1) that defendant Thomas Pierce was fraudulently joined, it is ORDERED that plaintiff show cause, if any there be, in writing by October 16, 2006, as to why defendant Thomas Pierce should not be dismissed for having been fraudulently joined.

DONE, this the 29th day of September, 2006.

       /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**