IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ESTER BRASWELL, )<br>)<br>  Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv869-MHT |
| ) | |
| AMERICAN GENERAL LIFE AND )<br>ACCIDENT INSURANCE COMPANY )<br>and THOMAS PIERCE, )<br>) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to remand (doc. no. 6) is set for submission, without oral argument, on October 16, 2006, with all briefs due by said date.

DONE, this the 3rd day of October, 2006.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**