IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ESTER BRASWELL, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN GENERAL LIFE AND )<br>ACCIDENT INSURANCE COMPANY )<br>and THOMAS PIERCE, )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:06cv869-MHT |

ORDER

It is ORDERED that the motion to supplement and substitute (doc. no. 9) is granted.

DONE, this the 6th day of October, 2006.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE